UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-mj-173 (ZMF) |
| | ) | |
| William D. Merry, Jr.      *defendant*. | ) | |

CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, with the consent of the United States, respectfully moves the Court to continue the preliminary hearing, now set for March 12, 2021, for sixty (60) days, on a date convenient to the parties and the Court, so the parties may continue plea negotiations in an effort to resolve the matter without a trial. It will serve the interests of justice to do so. Counsel has discussed with the defendant waiving the time under the Speedy Trial Act between March 12, 2021 and the next scheduled court date, and the defendant agrees to do so. Likewise, the government is prepared to waive the time noted.

A proposed Order is attached.

WHEREFORE, defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Jessica Arco, Esq., U.S. Department of Justice and attorney of record for the government in the instant case, this 6th day of March, 2021.

                      /s/
                      _____
                      *Nathan I. Silver, II*