UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 21-mj-173 (ZMF) |
| | ) |
| William D. Merry, Jr., *defendant*. | ) |

ORDER

Upon good cause shown in Defendant's Unopposed Motion to Continue Preliminary Hearing, the lack of opposition from the United States, and other evidence before the Court in the record of the case, it is hereby

**ORDERED** the Motion is Granted; it is further

**ORDERED** that the preliminary hearing previously set for August 9, 2021 is hereby continued until October 8, 2021 at 2 p.m.; and it is further

**ORDERED** that the time between August 9, 2021 and October 8, 2021 shall be excluded for purposes of any computation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will allow the defendant to review discovery, the government to provide additional discovery, and the parties to explore whether a preindictment resolution is possible.

_____
Hon. G. Michael Harvey
United States Magistrate Judge