UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-mj-173 (ZMF) |
| | ) | |
| William D. Merry, Jr.   *defendant*. | ) | |

WAIVER OF PRELIMINARY HEARING AND UNOPPOSED
MOTION TO SCHEDULE A STATUS HEARING

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, without opposition of the United States, hereby waives the preliminary hearing, now set for October 8, 2021 at 2:00 p.m., and without opposition from the United States, respectfully moves the Court to schedule the above-referenced matter for a status hearing sixty (60) days hence, to a date convenient to the parties and the Court. The parties advise the Court they will waive the time between October 8, 2021, and the next scheduled court date under the Speedy Trial Act, which will be tolled in the circumstances.

The parties continue plea negotiations in an effort to resolve the matter without a trial. The interests of justice will be served by providing additional time to the parties so they may pursue these efforts to a successful conclusion. Counsel has discussed with the defendant waiving both the preliminary hearing and the time under the Speedy Trial Act between October 8, 2021 and the next scheduled court date, and the defendant agrees to do so. The government is prepared to waive the time described under the Speedy Trial Act.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Jessica Arco, Esq., U.S. Department of Justice and attorney of record for the government in the instant case, this 4th day of October, 2021.

*Nathan I. Silver*
_____
*Nathan I. Silver, II*